UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22672-CIV-DAMIAN/D'Angelo

**EMMANUEL LOUIS**,

    Plaintiff,

v.

**CITY OF HIALEAH**,

    Defendant.

_____/

### ORDER SCHEDULING MEDIATION

It is hereby **ORDERED** that the mediation conference in this matter shall be held with Ellen Leesfield, Esq., on March 12, 2026, at 1:00 p.m. via remote videoconference. The parties are reminded that a report of their mediation must be filed within three (3) days thereafter.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 29th day of October, 2025.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record